UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD.,<br><br>                             Plaintiff,<br><br>-against-<br><br>ADITXT, INC.,<br><br>                             Defendant. | Civ. No. 23-cv-10288 (JPO)<br><br>**NOTICE OF CONSENT MOTION FOR APPROVAL OF ISSUANCE PURSUANT TO SECTION 3(A)(10) OF THE SECURITIES ACT OF 1933** |

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Thomas J. Fleming, appended exhibits, and the Memorandum of Law dated January 10, 2024, and upon all prior proceedings, pleadings and filings in this Action, Plaintiff Sabby Volatility Warrant Master Fund Ltd. ("Sabby") and Defendant Aditxt, Inc. ("Aditxt" and, together with Sabby, the "Parties"), will move this Court on the 19th day of January, 2024, or at any time set by the Court, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, before the Honorable United States District Judge J. Paul Oetken, for an order pursuant to 15 U.S.C. § 77c(a)(10) approving the issuance of up to 1,000,000 shares of Common Stock of Aditxt, which shall be used to provide Sabby with the Settlement Shares (as defined in the Settlement Agreement), as exempt from registration under the 1933 Act and without restrictive legends (the "Section 3(a)(10) Application"). The Parties further request that the Court expedite this motion consistent with the terms of the operative settlement agreement.

12319849-2

Dated: New York, New York
January 10, 2024

        OLSHAN FROME WOLOSKY LLP

By:   /s/ *Thomas J. Fleming*
      Thomas J. Fleming
      Adrienne M. Ward
      Stephen P. Ross
      1325 Avenue of the Americas
      New York, New York 10019
      (212) 451-2300
      *Counsel for Plaintiff Sabby Volatility Warrant Master Fund Ltd.*

GOLDBERG SEGALLA LLP

By:   /s/ *Adam S. Katz*
      Adam S. Katz
      711 Third Avenue, Suite 1900
      New York, New York 10017
      (646) 292-8787
      *Counsel for Defendant Aditxt Inc.*

12319849-2