**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SABBY VOLATILITY WARRANT MASTER
FUND LTD,

                    Plaintiff,

     -against-                                      23 **CIVIL** 10288 (JPO)

                                                              **JUDGMENT**

ADITXT, INC.,

                  Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2024, the issuance and transfer of up to 1,000,000 shares of Common Stock of Aditxt, which shall be used to provide Sabby with the Settlement Shares, as defined in the Settlement Agreement, is hereby approved as fair within the meaning of Section 3(a)(10) of the Securities Act of 1933, 15 U.S.C. § 77c(a) (10), and the Settlement Shares are therefore unrestricted and exempt from registration with the Securities and Exchange Commission. Therefore, complaint is DISMISSED and the case is closed.

**Dated:** New York, New York

       January 12, 2024

                                                                          **RUBY J. KRAJICK**
                                                                         **Clerk of Court**

                                                 **BY:**

                                                                        **Deputy Clerk**